# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY JEROME GREER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00545 |
| ) | Judge Trauger |
| REGGINA DAY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 23, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 17), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion to Dismiss for Failure to Prosecute (Docket No. 15) is GRANTED, and this case is DISMISSED without prejudice for failure to prosecute.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 23rd day of February 2016.

_____
ALETA A. TRAUGER
U.S. District Judge